# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01020-CMA-CBS

HENRY G. VIGIL,

    Plaintiff,

v.

GOLDEN MARDI GRAIS, INC.,
a foreign corporation, and
AFFINITY GAMING BLACK HAWK, LLC,
a Colorado limited liability company,

    Defendants.

## ORDER OF RECUSAL

A Magistrate Judge "shall disqualify himself in any proceeding in which his impartiality might be reasonably be questioned." 28 U.S.C. § 455(a).  In order to avoid the appearance of impropriety, I hereby recuse myself from the above entitled action.  IT IS

1.    ORDERED that the Clerk of the Court shall assign another magistrate judge to this case.

2.    ORDERED that the July 23, 2013, scheduling conference is VACATED.

DATED at Denver, Colorado, on July 2, 2013.

                                BY THE COURT:

                                *s/Craig B. Shaffer*
                                Craig B. Shaffer
                                United States Magistrate Judge