**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-01020-CMA-KMT

HENRY G. VIGIL,

    Plaintiff,

v.

GOLDEN MARDI GRAS, INC., and
AFFINITY GAMING BLACK HAWK, LLC,

    Defendants.

---

**ORDER GRANTING PLAINTIFF'S MOTION TO STAY**

---

This matter is before the Court on Plaintiff's Motion to Stay Proceedings (Doc. # 11). The Court having reviewed the motion and good cause being shown, it is hereby ORDERED that:

1. All further proceedings in this action are STAYED until such time as the completion of the CCRD and EEOC investigation conciliation (Charge No. E20130658);

2. Until such time as the stay of this matter is lifted, the parties shall file a joint status report every three months, <u>beginning October 3, 2013</u>;

3. **<u>Within ten days</u>** of the completion of the CCRD and EEOC investigation, the parties shall file a final joint status report, indicating whether or not a new action based on the results of the investigation will be joined with this action.

DATED: July __03__, 2013

                                                 BY THE COURT:

                                                 _____
                                                 CHRISTINE M. ARGUELLO
                                                 United States District Judge