**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-01020-CMA-KMT

HENRY G. VIGIL,

    Plaintiff,

v.

GOLDEN MARDI GRAS, INC., and
AFFINITY GAMING BLACK HAWK, LLC,

    Defendants.

---

**ORDER TO LIFT STAY OF PROCEEDINGS**

---

Upon consideration of the parties' Joint Status Report (Doc. # 20), dated October 3, 2013, wherein the parties indicate that "the proceedings before the CCRD and EEOC have now concluded," the Court finds good cause and hereby ORDERS that

The stay of this matter is hereby lifted and this case is open to further proceedings.

DATED: October __04__, 2013

                              BY THE COURT:

                              *Christine M Arguello*

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge